IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| VOCALIFE LLC, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 2:20-cv-00401-JRG-RSP |
| § | |
| AMAZON.COM, INC. and § | |
| AMAZON.COM SERVICES, INC., § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is Defendants' request for a stay of this matter pending appeal in the related case, *Vocalife LLC v. Amazon.com, Inc., et al*, 2:19-cv-0123 ("*Vocalife I*").  *Vocalife I* is currently being briefed in the Federal Circuit, and Defendants have persuasively shown that the issues are such that the outcome of the appeal will greatly, if not completely, simplify or resolve the issues pending before the Court in the instant case. Dkt. No. 65. Accordingly, in order to conserve both party and judicial resources, it is ordered that this action be **STAYED** pending further order.  The parties are directed to file a joint notice advising the Court when the appeal has been resolved in any fashion.

**SIGNED this 22nd day of November, 2021.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE